

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Herbert C. Wilson
Assistant Executive Director
State Department of Public Welfare
Austin 3, Texas

Dear Sir:

Opinion No. 0-6660

Re: Interpretation of Senate Bills Nos. 317 and 319, Regular Session, Forty-ninth Legislature, concerning appropriations for various divisions of the State Department of Public Welfare.

Your recent letter reads as follows:

"Senate Bill 319, Acts of the 49th Legislature, Regular Session, was approved by the Governor on May 24, 1945, and among other things provided for the allocation and transference out of accumulated and unappropriated balances in the 'Children's Assistance Fund' One Hundred Thousand ($100,000.00) Dollars for each fiscal year in the biennium beginning September 1, 1945, said sum to be deposited in and credited to the 'Child Welfare Service Fund.'

"Section 4 of Senate Bill 319 provides as follows:

"'The above allocations and any sums otherwise appropriated shall be set aside for the purposes herein or otherwise provided, and all remaining unallocated and unappropriated balances now in the "Children's Assistance Fund" shall be transferred from this fund to the "General Revenue Fund".'

"Senate Bill 317, which is the executive and administrative departmental appropriation bill, was passed by both the House and Senate, and it is our understanding that it is still awaiting the Governor's signature; however, in the itemized

appropriation for the State Department of Public
welfare, there is set up a State Institution Divi-
sion, and Senate Bill 317 provides for a total ex-
penditure in the State Institution Division of
Twenty Two Thousand Seven Hundred and Thirty Five
($22,735.00) Dollars per annum for the ensuing
biennium, said amount to be paid out of the 'Child-
ren's Assistance Fund'.

"At this time, there is approximately Seven
Hundred Thousand ($700,000) Dollars in the Child-
ren's Assistance Fund which because of Constitu-
tional limitations could not be used for the Aid
to Dependent Children program. One Hundred Thou-
sand ($100,000) Dollars for each fiscal year of
the biennium beginning September 1, 1945 was al-
located to the Child Welfare Service Fund and ap-
propriated for child welfare services.

"Section 4 of Senate Bill 319 specifically
sets aside the sum of One Hundred Thousand ($100,000)
Dollars for each fiscal year of the biennium for
child welfare services and also sets aside:

"'. . . . .any sums otherwise appropriated
shall be set aside for the purposes herein or other-
wise provided. . . .'(Underscoring supplied)

"(1.) Can the State Department of Public Wel-
fare construe the section of Senate Bill 317, pro-
viding for the Institution Division, to mean that
the expenditure authorized under this bill can be
paid out of the balances on hand in the 'Children's
Assistance Fund' rather than out of the current
appropriation for the ensuing biennium for the Aid
to Dependent Children Division of the Department
of Public Welfare?

"(2.) Can the Comptroller set aside the
amount appropriated for the Institution Division
to be paid out of the Children's Assistance Fund
in accordance with Section 4 of Senate Bill 319
before transferring the balances to the General
Revenue Fund?

". . . ."

Our courts have uniformly held that the intention of the legislature as to a law is to be determined primarily from the plain and ordinary import of the language used; Harris County v. Smith (C. A.), 187 S. W. 701. Thus where a statute is plain and unambiguous, it will be enforced according to its words. Anderson v. Fenix, 138 Tex. 596, 161 S. W. 2d 455.

Senate Bill 319, Section 4, specifically authorizes withdrawals from the Children's Assistance Fund of "any sums . . . appropriated herein or otherwise provided" before transfer to the General Revenue Fund.

Answering your questions: It is our opinion that the expenditure authorized under Senate Bill No. 317 should be paid out of the balance on hand in the "Children's Assistance Fund". Further, that the Comptroller should set aside the amount appropriated for the State Institution Division out of the Children's Assistance Fund before transferring the balances to the General Revenue Fund.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

David Wunton
Assistant

DW:mp


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN